**Summit County Clerk of Courts**

## JANE DOE VS LARRY BROWN

**Case Number: CV-2021-10-3303**     **File Date:  10/15/2021**     **Case Type: OTHER CIVIL**     **Judge: TAMMY O'BRIEN**

Home

| Parties | Dockets/Motions | Judges/Magistrates | Service |
|---|---|---|---|

Printer Friendly

| Filing Date | By Attorney | Docket Text | Document |
|---|---|---|---|
| 12/08/2021 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served LARRY BROWN | No Image |
| 12/08/2021 | SUMMIT COUNTY CLERK OF COURTS | Certified Mail Service - Served CHRIS PLANCE | No Image |
| 11/22/2021 | DOE, JANE | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail BROWN, LARRY | View Document |
| 11/22/2021 | DOE, JANE | SUMMONS ISSUED BY CERTIFIED MAIL BY Certified Mail PLANCE, CHRIS | View Document |
| 10/15/2021 | SREMACK, REBECCA | CIVIL COMPLAINT FILED | View Document |
| 10/15/2021 | SREMACK, REBECCA | INSTRUCTIONS TO CLERK FOR SERVICE | View Document |
| 10/15/2021 | SREMACK, REBECCA | MOTION FOR PROTECTIVE ORDER | View Document |