# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE | ) | CASE NO. 5:21-CV-02417 |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| -v- | ) | MAGISTRATE JUDGE KNAPP |
| | ) | |
| DETECTIVE LARRY BROWN, et al. | ) | **NOTICE OF** |
| | ) | **WAIVER OF SERVICE** |
| Defendants. | ) | |

Now come Defendants Larry Brown and Chris Plance, by and through undersigned counsel, and hereby waive service of the Complaint in the above captioned case to the extent that service was not perfected in the Court of Common Pleas before removal to this Court.

Respectfully submitted,

**SHERRI BEVAN WALSH**
Prosecuting Attorney

*/s/ Marvin D. Evans*
MARVIN D. EVANS (0055616)
Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, Ohio  44308
(330) 643-8380
(330) 643-8540 facsimile
mevans@prosecutor.summitoh.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of January, 2022 a true and accurate copy of the foregoing Waiver of Service has been filed and served via the Court's electronic filing system.

/s/ Marvin D. Evans
MARVIN D. EVANS (0055616)
Assistant Prosecuting Attorney
Counsel for Defendants