It is so ordered. This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
2/2/2022

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JANE DOE,** | CASE NO.: 5:21-cv-02417 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| *vs.* | |
| **DETECTIVE LARRY BROWN,** *et al.*, | NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| Defendants. | |

Plaintiff Jane Doe, through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully gives notice of the voluntary dismissal of the within action, without prejudice.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com

/s/ Julie A. Toth
Julie A. Toth (0091570)
2151 S. Arlington Road
Akron, OH 44306
Phone: 234.255.6100
Fax: 234.281.0060
jtothlaw@gmail.com

*Attorneys for Plaintiff, Jane Doe*